# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1994
_____

SHAQUON JOHNSON,

    Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

December 18, 2025

PER CURIAM.

    AFFIRMED.

WINOKUR, M.K. THOMAS, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shaquon Johnson, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee; Dan A. Johnson, General Counsel, and Declan R. Duffy, Senior Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Appellee.